The TORRINGTON COMPANY, Plaintiff–Appellee,

v.

UNITED STATES, Defendant–Appellee,

and

Koyo Seiko Co., Ltd. and Koyo Corporation of U.S.A., Defendants,

and

NTN Corporation, NTN Bearing Corporation of America, American NTN Bearning Manufacturing Corporation, NTN Driveshaft, Inc., NTN–Bower Corporation, and NTN–BCA Corporation, Defendants–Appellants.

No. 02–1520.

United States Court of Appeals, Federal Circuit.

DECIDED: April 10, 2003.

Before RADER, Circuit Judge, PLAGER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.